IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| PHILIP M. DANIELS, | § | |
| Plaintiff, | § § § | |
| v. | § | No. 7:08-CV-0170-O (BF) |
| MICHAEL J. ASTRUE Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney (Doc. #22), filed July 12, 2010. No objections have been made, and the District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 3rdday of August, 2010.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE